# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY BANKS,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br>    Defendant. | Case No.: 2:17-cv-01762-SJF-AKT |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Matthew McCluer
Matthew McCluer, Esq.
Sessions Fishman Nathan & Israel
Lakeway Two, Suite 200
Metairie, Louisiana 70002-7227
Attorney for the Defendant

Date: October 12, 2017

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: October 12, 2017

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of October, 2017:

Aaron R. Easley
Sessions Fishman Nathan & Israel
3 Cross Creek Dr.,
Flemington, NJ 08822-4938

Ross S. Enders
Sessions Fishman Nathan & Israel
2303 Oxfordshire Rd.
Furlong, PA 18925

Matthew McCluer
Sessions Fishman Nathan & Israel
Lakeway Two, Suite 200
Metairie, Louisiana 70002-7227

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff