UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY BANKS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIVERSIFIED CONSULTANTS, INC., )<br>Defendant. )<br>) | Case No.: 2:17-cv-01762-SJF-AKT |

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 12 2017  ★

LONG ISLAND OFFICE

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Matthew McCluer
Matthew McCluer, Esq.
Sessions Fishman Nathan & Israel
Lakeway Two, Suite 200
Metairie, Louisiana 70002-7227
Attorney for the Defendant

Date: October 12, 2017

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: October 12, 2017

So Ordered. 10/12/17

BY THE COURT:

s/ Sandra J. Feuerstein
United States District Judge

_____ J.

The Clerk's Office is directed to close this case.